■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LILES, Appellant. [784 NYS2d 897]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 27, 1997 (*People v Liles,* 243 AD2d 729 [1997], *lv denied* 91 NY2d 942 [1998], *cert denied* 525 US 857 [1998]), affirming a judgment of the County Court, Nassau County, rendered June 17, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Ritter, J.P., Altman, S. Miller and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY MAGEE, Appellant. [784 NYS2d 898]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Mullin, J.), rendered October 29, 2001, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Ritter, J.P., H. Miller, Schmidt, Crane and Skelos, JJ., concur.